IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| | |
|---|---|
| JACKIE GARRETT and KIMBERLY GARRETT,                 )<br>)<br>)<br>Plaintiffs,        )<br>)<br>v.                  )<br>)<br>ALLSTATE INSURANCE COMPANY, )<br>)<br>Defendant.       )<br>)<br>) | JUDGMENT<br><br>No. 08–cv–2406–JPM–egb |

---

**JUDGMENT**

---

**JUDGMENT BY COURT.**  This action having come before the Court for consideration, the issues have been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Consent Order of Dismissal with Prejudice, entered May 18, 2009 (D.E. 11), this case is DISMISSED with prejudice.

APPROVED:

s/ JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

May 18, 2009
Date